Form SUMINVBK

# United States Bankruptcy Court
# California Northern Bankruptcy Court

In re     Caixing Xie     )    Case No.    23–51290
          Debtor*        )
                              )    Chapter    7
                              )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

       A petition under title 11, United States Code was filed against you in this bankruptcy court on 11/2/23, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

       YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:         U.S. Bankruptcy Court
                                    280 South First Street
                                    Room 3035
                                    San Jose, CA 95113

At the same time, you must also serve a copy of your motion or answer on .

Name and Address of Petitioning Creditor:     Zheng Liu
                                                  Aptum Law
                                                  1660 South Amphlett Blvd. Suite 315
                                                  San Mateo, CA 94402

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**YOU ARE NOTIFIED** that a Status Conference of the proceeding commenced by the filing of the involuntary petition will be held at the following time and place:

          Location:        Via Tele/Videoconference, www.canb.uscourts.gov/calendars

          Date and Time:     1/25/24 at 01:30 PM



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Date: 11/6/23                                                                              By: John Bolts
                                                                                        Deputy Clerk

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

Form SUMINVBK

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the addresss at which the debtor was served]*:

 

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____       Signature _____

Print Name: _____

Business Address: _____

_____