# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 11/6/2023 |
| Case: 23–51290 | Form ID: SUMINVBK | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Zheng Liu      Andy.Liu@aptumlaw.us

                                                                                                     TOTAL: 1