Form SUMINVBK

# United States Bankruptcy Court
# California Northern Bankruptcy Court

| In re | Caixing Xie | ) | Case No. | 23–51290 |
| --- | --- | --- | --- | --- |
|  | Debtor* | ) |  |  |
|  |  | ) | Chapter | 7 |
|  |  | ) |  |  |

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on 11/2/23, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
    U.S. Bankruptcy Court
    280 South First Street
    Room 3035
    San Jose, CA 95113

At the same time, you must also serve a copy of your motion or answer on .

Name and Address of Petitioning Creditor:
    Zheng Liu
    Aptum Law
    1660 South Amphlett Blvd. Suite 315
    San Mateo, CA 94402

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**YOU ARE NOTIFIED** that a Status Conference of the proceeding commenced by the filing of the involuntary petition will be held at the following time and place:

    Location:     Via Tele/Videoconference, www.canb.uscourts.gov/calendars

    Date and Time:     1/25/24 at 01:30 PM



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Date: 11/6/23

By: John Bolts
    Deputy Clerk

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

## CERTIFICATE OF SERVICE

I, \_\_\_Junbo    Wu_____(name), certify that on  \_\_\_\_11/08/2023_____ (date), I served this summons and a copy of the involuntary petition on  \_\_\_Caixing Xie _____ (name), the debtor in this case, by *[describe the mode of service and the addresss at which the debtor was served]*:

1. mail with postage prepaid to Caixing Xie's home located at 18255 Clemson Ave. Saratoga, CA 95070.

    I also made the following additional efforts to serve this summons and a copy of the involuntary petition on Caixing Xie:
2. on 11/07/2023 by personal delivery to Caixing Xie's girlfriend (Ms. Yuhua Jin) at Caixing Xie's business located at 6136 Bollinger Rd., San Jose, CA 95129;
3. on 11/07/2023 by personal delivery to Caixing Xie's home located at 18255 Clemson Ave. Saratoga, CA 95070;
4. on 11/07/2023 by email to Caixing Xie's known personal email at caixing.xie.cz@gmail.com;
5. on 11/07/2023 by express mail with postage prepaid to Caixing Xie's foreign business located in Changzhou city, Jiangsu Province, China.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  \_\_\_11/11/2023_____     Signature _____

Print Name: \_\_\_Junbo Wu_____

Business Address: _____2945 Alexis Dr. Palo Alto, CA 94304_____

_____