JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorney for:
White Mountain Capital, Inc., its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Caixing Xie,<br><br>Debtor. | Case No. 23-51290 SLJ<br><br>Chapter 7<br><br>RS No. JCW-11485<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: 01/09/2024<br>Time: 10:00AM<br>Ctrm: 9<br>Place: 280 S. 1st St.<br>San Jose CA, 95113<br><br>Judge: Stephen L. Johnson |

## <u>CERTIFICATE OF SERVICE</u>

On 12/7/2023, I served the foregoing **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, MOTION FOR RELIEF FROM AUTOMATIC STAY, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY, DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY, EXHIBITS IN SUPPORT OF MOTION AND RELIEF FROM STAY COVER SHEET** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Caixing Xie, 6136 Bollinger Rd., San Jose, CA 95129

BORROWER(S)
Wei Xie, 10234 Scenic Blvd, Cupertino, CA 95014

PETITIONING CREDITOR
Palm Street Capital LLC, 1660 South Amphlett Blvd. Suite 315, San Mateo, CA 94402

Hailing Yu, 1660 South Amphlett Blvd. Suite 315, San Mateo, CA 94402

Jing Liao, 1660 South Amphlett Blvd. Suite 315, San Mateo, CA 94402

ATTORNEY FOR PETITIONING CREDITOR
Zheng Liu, Aptum Law, 1660 South Amphlett Blvd. Suite 315, San Mateo, CA 94402

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 12/7/2023

/s/  Hue Banh
Hue Banh